RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Jairo Garcia

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00224-JAD-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES** |
| v. | (First Request) |
| JAIRO GARCIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kenneth Nicholas Portz, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Jairo Garcia, that the previously ordered deadline for filing of pretrial motions be vacated and that the parties herein shall have to and including April 22, 2022, within which to file the Defendant's pretrial motions currently due March 25, 2022.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 6, 2022, to file any and all responsive pleadings, currently due April 8, 2022.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 13, 2022, to file any and all replies to dispositive motions, currently due April 15, 2022.

The Stipulation is entered into for the following reasons:

1. Defense counsel recently caught the flu. As such, defense counsel needs additional time to draft any pretrial motions.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with her client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 23rd day of March 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Benjamin F. J. Nemec<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | /s/ Kenneth Nicholas Portz<br>By_____<br>KENNETH NICHOLAS PORTZ<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAIRO GARCIA,<br><br>　　　　Defendant. | Case No. 2:21-CR-00224-JAD-VCF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel recently caught the flu. As such, defense counsel needs additional time to draft any pretrial motions.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with her client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including April 22, 2022 within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 6, 2022 to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 13, 2022 to file any and all replies to dispositive motions.

DATED this 24th day of March 2022.

UNITED STATES MAGISTRATE JUDGE