CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
K. NICHOLAS PORTZ
Nevada Bar Number 12473
Special Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: nick.portz@usdoj.gov
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>         vs.<br><br>JAIRO GARCIA,<br><br>                       Defendant. | 2:21-cr-00224-CDS-VCF<br><br>**STIPULATION TO CONTINUE GOVERNMENT'S PRETRIAL MOTION RESPONSE DEADLINE TO MAY 6, 2022** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, United States Attorney, and Kenneth Nicholas Portz, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Jairo Garcia, that the government's response deadline to Defendant's Motion to Suppress (ECF No. 27) currently set for April 28, 2022, be vacated and extended to May 6, 2022 (the original deadline for the government's Response).

This Stipulation is entered into for the following reasons:

1.    The parties previously entered a Stipulation to Continue Pretrial Motion Deadlines

1

(First Request), because defense counsel caught the flu prior to the original motion deadline and needed additional time to complete the motion to suppress. (ECF No. 24). Within that stipulation, the parties agreed to a deadline of May 6, 2022, for all responsive pleadings filed in this case. (ECF No. 24).

2. The May 6, 2022, responsive pleading deadline was agreed to, in part, because undersigned counsel for the government would be out of the jurisdiction from April 10 through 17, 2022, and required an appropriate amount of time to prepare a response. The parties discussed this fact prior to filing the original stipulation.

3. The parties agree to the extension of the response deadline for the government. The defendant is incarcerated and does not object to the extension.

4. The additional time requested herein is not sought for purposes of delay, nor will it cause delay to the trial which is scheduled for October 18, 2022.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the first request to extend a responsive pleading deadline.

DATED this ____ day of April, 2022.

Respectfully submitted,

| CHRISTOPHER CHIOU | RENE L. VALLADARES |
| Acting United States Attorney | Federal Public Defender |
| | |
| By   /s/ K. Nicholas Portz | By  /s/ Benjamin F.J. Nemec |
| K. NICHOLAS PORTZ | BENJAMIN F.J. NEMEC |
| Special Assistant United States Attorney | Assistant Federal Public Defender |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JAIRO GARCIA,<br>          Defendant. | Case No. 2:21-CR-00224-CDS-VCF<br><br>FINDINGS OF FACT,<br>CONCLUSIONS OF LAW AND<br>ORDER |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties originally agreed to a responsive pleading deadline of May 6, 2022.

2. The defendant is incarcerated and does not object to the extension.

3. The parties agree to the extension.

6. The additional time requested herein is not sought for purposes of delay, as trial in this matter is scheduled for October 18, 2022.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

### CONCLUSIONS OF LAW

The ends of justice served by granting said extension outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said extension would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the

opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The extention sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the government's response deadline to Defendant's Motion to Suppress (ECF No. 27) currently set for April 28, 2022, be vacated and extended to May 6, 2022

DATED this 19th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE