**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff(s), | |
| v. | 2:21-CR-00224-JAD-VCF |
| JAIRO GARCIA, | **ORDER** |
| Defendant(s). | |

Before me is the motion to suppress evidence under the Fourth and Fifth Amendment (ECF No. 27).

Accordingly,

I ORDER that an in-person evidentiary hearing on the motion to suppress evidence under the Fourth and Fifth Amendment (ECF No. 27) is scheduled for 10:00 AM, June 10, 2022, in Courtroom 3D.

DATED this 20th day of May 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1