UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAIRO GARCIA,<br><br>　　　　　Defendant. | Case No. 2:21-CR-00224-CDS-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for Friday, June 10, 2022 at 10:00 a.m., be vacated and continued to Tuesday, June 14, 2022 at the hour of 10:00 a.m. All participants, including defendant are to appear in person.

　　　DATED this 26 day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE