# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>JAIRO GARCIA,<br><br>　　　　　　Defendant | Case No. 2:21-cr-00224-CDS-VCF<br><br>**Order Granting Government's Motion for Leave to Dismiss Indictment Without Prejudice, and Closing Case**<br><br>**[ECF No. 132]** |

　　　This matter comes before the court on the government's motion for leave to dismiss the indictment without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). ECF No. 132. With good cause appearing and because the defendant did not oppose, the plaintiff's motion is GRANTED.

　　　IT IS THEREFORE ORDERED that the Indictment as to Jairo Garcia is dismissed without prejudice. The Clerk of Court is instructed to close this case.

　　　DATED:  June 12, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE CRISTINA D. SILVA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE